# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

In re: Trilegiant Corporation, Inc.

Civil Action No. 3:12-cv-396-VLB

December 7, 2012

## DEFENDANTS CITIGROUP INC. AND CITIBANK, N.A.'S MOTION
## TO COMPEL ARBITRATION AND STAY ACTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* (the "FAA"), Defendants Citigroup, Inc. ("Citigroup") and Citibank, N.A. ("Citibank") (collectively, "Citi Defendants") respectfully move for an Order compelling Plaintiff Brian Schnabel ("Plaintiff") to arbitrate his claims against the Citi Defendants in this action on an individual basis and to stay such claims pending the outcome of the arbitration proceedings.  Plaintiff is bound by the arbitration provision contained in his Card Agreement with Citibank, which unambiguously reflects the parties' understanding and agreement that arbitration is the proper and exclusive forum for resolving their disputes.  For the reasons set forth in the accompanying Memorandum of Law in Support of this Motion, the Court should compel arbitration of Plaintiff's claims against the Citi Defendants on an individual basis and stay such claims pending the outcome of the arbitration proceedings.

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

By:___/s/ John W. Herrington___
Robert D. Helfand
John W. Herrington
JORDEN BURT LLP
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089
Telephone:  (860) 392-5000
Facsimile:   (860) 392-5058

*Attorneys for Defendants Citigroup Inc.
and Citibank, N.A.*

## CERTIFICATE OF SERVICE

I, John W. Herrington, certify that on December 7, 2012, I filed a copy the foregoing document via the Court's ECF system.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ John W. Herrington