UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

In re: Trilegiant Corporation, Inc.

Civil Action No. 3:12-cv-396-VLB

JANUARY 31, 2013

### PLANTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to D. Conn. L.R. 7(a)(2), Plaintiffs, Brittany DiCarolis, Hope Kelm, Jennie H. Pham, Brett Reilly, Juan M. Restrepo, Brian Schnabel, Edward Schnabel, Lucy Schnabel, Annette Sumlin, Barbara Timmcke, Regina Warfel, and Debbie Williams ("Plaintiffs"), respectfully move this Court for leave to file an over-length memorandum in support of their Opposition to the Motions to Dismiss. In support of their Motion, Plaintiffs state as follows:

1.  On December 7, 2012, Defendants filed <u>twelve</u> separate Motions to Dismiss Plaintiffs' Consolidated Amended Complaint, which together total <u>246 pages</u>. (See Joint Motion to Dismiss by Bank Defendants, Dkt. No. 180; Motion to Dismiss by Bank of America, N.A., and Capital One Financial Corporation, Dkt. No. 185; Motion to Dismiss by Apollo Global Management, LLC, Dkt. No. 187; Motion to Dismiss or in the Alternative to Strike by 1-800-Flowers.com, Inc., et al., Dkt. No. 189; Motion to Dismiss by IAC/InteractiveCorp., Inc., Dkt. No. 190; Motion to Dismiss by Hotwire, Inc., Dkt. No. 191; Motion to Dismiss by Days Inns Worldwide, Inc., et al., Dkt. No. 192; Motion to Dismiss by Priceline.com, Inc., Dkt.

No. 193; Motion for Joinder regarding Motions to Dismiss by United Online, Inc., et al., Dkt. No. 194; Motion for Joinder in Trilegiant Corp., et al., by 1-800-Flowers.com, Dkt. No. 195; Motion to Dismiss by Orbitz Worldwide, LLC, Dkt. No. 202; and Motion to Dismiss by 1-800-Flowers.com, Inc., Dkt. No. 207.)

2. Given the overlap in arguments, and in order to ease the burden on the Court, Plaintiffs wish to file a Consolidated Memorandum of Law in Opposition to the pending Motions to Dismiss identified above. Given the number of Defendants and arguments to address, Plaintiffs request more than the 46 pages allotted under this Court's Chambers Practices. Specifically, Plaintiffs request **150 pages** for their Consolidated Opposition to the pending Motions to Dismiss.

3. Plaintiffs believe that a Consolidated Opposition to the Motions to Dismiss will be more efficient for the Court and the additional pages will help the Plaintiffs to adequately present their arguments.[1]

4. For the foregoing reasons, Plaintiffs request that this Court grant them leave to file a Consolidated Opposition to Defendants' Motions to Dismiss consisting of **150 pages**.

5. Counsel for Plaintiffs has contacted counsel for Trilegiant concerning the instant Motion, and has been advised that Defendants, Trilegiant, Affinion, Shoebuy, IAC/Interactive, Beckett.com, Chase, Wells Fargo, Days Inn,

---

[1] Plaintiffs will file a separate Consolidated Opposition to the Motion to Dismiss or in the Alternative to Stay or in the Alternative to Transfer to Another District Claims of Plaintiffs Sumlin and Williams by Wells Fargo Bank, N.A., Dkt. No. 183; and Motion to Compel Arbitration and Stay Action by Citibank, N.A. and Citigroup, Inc., Dkt. No. 186; which will not exceed the page limitations as defined in Chambers Practices.

Wyndham, Peoplefinders and Priceline do not object to Plaintiffs' Motion. As of the date of this filing, counsel for Trilegiant has not heard back from the remaining Defendants.

Dated: January 31, 2013                   Respectfully submitted,


  /s/ Karen M. Leser-Grenon
James E. Miller (CT 21560)
Karen M. Leser-Grenon (CT 23587)
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
       kleser@sfmslaw.com


Jeffrey A. Leon (*pro hac vice*)
Jamie E. Weiss (*pro hac vice*)
Complex Litigation Group LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
Telephone: (847) 433-4500
Facsimile: (847) 433-2500
Email: jeff@complexlitgroup.com
       jamie@complexlitgroup.com

James C. Shah (*pro hac vice*)
Nathan C. Zipperian (*pro hac vice*)
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: jshah@sfmslaw.com
       nzipperian@sfmslaw.com

Richard J. Burke
Complex Litigation Group LLC
1010 Market Street, Suite 134
St. Louis, MO 63101
Telephone: (847) 433-4500
Email: Rich@ComplexLitGroup.com


Robert J. Axelrod (*pro hac vice*)
Jay Douglas Dean (*pro hac vice*)
Pomerantz Grossman Hufford Dahlstrom &
Gross LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: rjaxelrod@pomlaw.com
            jddean@pomlaw.com

Rose F. Luzon (*pro hac vice*)
Shepherd, Finkelman, Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA  92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

David A. Slossberg (ct 13116)
David L. Belt (ct 04274)
Andrew W. Skolnick (ct 13422)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
Telephone: (203) 877-8000
Facsimile: (203) 878-9800
Email: dslossberg@hssklaw.com
Email: dbelt@hssklaw.com
Email: askolnick@hssklaw.com

David Pastor
Pastor Law Office, LLP
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Telephone: (617) 742-9700

4

Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

Kenneth G. Gilman
Gilman Law LLP
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, FL 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224
Email: kgilman@gilmanpastor.com

David A. Burkhalter, II
Burkhalter, Rayson & Associates, P.C.
P.O. Box 2777
Knoxville, TN 37901
Telephone: (865) 524-4974
Facsimile: (865) 524-0172

James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

Jonathan Shub
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: 215-564-2300
Facsimile: 215-851-8029
Email: jshub@seegerweiss.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I herby certify that on January 31, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Karen M. Leser-Grenon
Karen M. Leser-Grenon (ct23587)
Shepherd Finkelman Miller
 & Shah, LLP
65 Main Street
Chester, CT 06412
Phone: (860) 526-1100
Fax: (860) 526-1120
E-mail: kleser@sfmslaw.com