UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: Trilegiant Corporation, Inc. | Civil Action No. 3:12-cv-396-VLB<br><br>FEBRUARY 12, 2013 |

### NOTICE OF CLARIFICATION

Plaintiffs, by and through undersigned counsel, respectfully file this Notice of Clarification regarding Plaintiffs' Consolidated Memorandum Of Law In Opposition To Defendants' Motions To Dismiss ("Consolidated Memo"). Footnote 1 of the Consolidated Memo reads, in relevant part, as follows:

> The consolidated motion is "joined in full" by Defendants Trilegiant, Affinion and Apollo ("Trilegiant Defendants"); 1-800-Flowers; Beckett Media; Buy.com; Classmates International; Days Inn Worldwide; FTD Group; Hotwire; IAC/InterActiveCorp.; Memory Lane; PeopleFindersPro; priceline.com; Shoebuy.com; United Online; and Wyndham Worldwide ("E-Merchant Defendants"); and Bank of America, Capital One, Chase Bank, Chase Paymentech, Citibank, Citigroup and Wells Fargo ("Credit Card Defendants") (collectively, "Defendants").  (Docket Entry ("D.E.") 189-1 at 1.)  Despite Defendant 1-800-Flowers' ("Flowers") joinder, it also filed a separate, additional motion to dismiss on January 16, 2013.  (D.E. 207-1).  *Inasmuch as this Court expressly ordered all Defendants (except for Defendant Orbitz Worldwide, LLC) to file their responses to Plaintiffs' CAC by December 7, 2012, Flowers' motion is untimely and, as such, should be denied on this basis alone.*  * * *

(emphasis added).

The Court, in its Order denying Flowers' Motion for Reconsideration [Docket Entry 204] of the Court's prior Order denying, as moot, Flowers' previously filed Motion to Dismiss [Docket Entry 139], gave Flowers until January

1

18, 2013, to file its Motion to Dismiss.  As a result, the language in Footnote 1 of the Consolidated Memo which is emphasized above should be removed and Plaintiffs will file a corrected version of the Consolidated Memo contemporaneously with this Notice.

Plaintiffs respectfully apologize for any confusion or inconvenience that this error has caused the Court or Defendants.

Dated:  February 12, 2013            Respectfully submitted,

  /s/ Karen M. Leser-Grenon
James E. Miller (ct 21560)
Karen M. Leser-Grenon (ct 23587)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone:  (860) 526-1100
Facsimile:  (860) 526-1120
Email: jmiller@sfmslaw.com
       kleser@sfmslaw.com

Jeffrey A. Leon (*pro hac vice*)
Jamie E. Weiss (*pro hac vice*)
Complex Litigation Group LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
Telephone: (847) 433-4500
Facsimile:  (847) 433-2500
Email: jeff@complexlitgroup.com
       jamie@complexlitgroup.com

James C. Shah (*pro hac vice*)
Nathan C. Zipperian (*pro hac vice*)
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: jshah@sfmslaw.com
       nzipperian@sfmslaw.com

Robert J. Axelrod (*pro hac vice*)
Jay Douglas Dean (*pro hac vice*)
Pomerantz Grossman Hufford Dahlstrom & Gross LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: rjaxelrod@pomlaw.com
          jddean@pomlaw.com

Rose F. Luzon (*pro hac vice*)
Shepherd, Finkelman, Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

David A. Slossberg (ct 13116)
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
147 North Broad Street
Milford, CT 06460
Telephone: (203) 877-8000
Facsimile: (203) 878-9800
Email: dslossberg@hssklaw.com
Email: dbelt@hssklaw.com
Email: askolnick@hssklaw.com

David Pastor
Pastor Law Office, LLP
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

Kenneth G. Gilman
Gilman Law LLP
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, FL 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224
Email: kgilman@gilmanpastor.com

**David A. Burkhalter, II**
**Burkhalter, Rayson & Associates, P.C.**
**P.O. Box 2777**
**Knoxville, TN 37901**
**Telephone: (865) 524-4974**
**Facsimile: (865) 524-0172**

**James E. Cecchi**
**Carella, Byrne, Cecchi, Olstein, Brody & Agnello**
**5 Becker Farm Road**
**Roseland, NJ 07068**
**Telephone:  (973) 994-1700**
**Facsimile:  (973) 994-1744**
**Email: jcecchi@carellabyrne.com**

**Jonathan Shub**
**Seeger Weiss LLP**
**1515 Market Street, Suite 1380**
**Philadelphia, PA 19102**
**Telephone: 215-564-2300**
**Facsimile: 215-851-8029**
**Email: jshub@seegerweiss.com**

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

 I hereby certify that on February 12, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Karen M. Leser-Grenon
Karen M. Leser-Grenon (ct23587)
Shepherd Finkelman Miller
& Shah, LLP
65 Main Street
Chester, CT 06412