# Exhibit 1

**Exhibit 1 – Chart of Arguments Made By Defendants and Responded to By Plaintiffs**

| Defendant(s)' Memorandum of Law in Support[1] | Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions to Dismiss |
|---|---|
|  | I.    THE CAC STATES A CLAIM FOR VIOLATIONS OF THE RICO STATUTE |
| D.E. 189-1[2] at 10-17; D.E. 181[3] at 13-19; D.E. 207-1[4] at 13-16; D.E. 187-1[5] at 10-14 | A.  Plaintiffs Have Pled an Association-In-Fact Enterprise That Exceeds the Low Threshold Showing Required by the Supreme Court in *Boyle*. |
| D.E. 181 at 11-17, D.E. 207-1 at 13 | B.  Plaintiffs Have Pled Facts Sufficient to Identify Each Defendant's Control and/or Direction of the Enterprise. |
| D.E. 189-1 at 17-23; D.E. 181 at 17-25; D.E. 187-1 at 14-16; D.E. 207-1 at 12-13 | C.  Plaintiffs Have Adequately Pled a Pattern of Racketeering Activity with Factual Allegations Plausibly Inferring that Each Defendant Committed or Conspired for Someone to Commit at Least Two Predicate Acts In Furtherance of the Fraudulent Scheme. |
| D.E. 189-1 at 25-27; D.E. 207-1 at 17-21; D.E. 181 at 29-33; D.E. 185-1 at 7-9[6], D.E. 192; D.E. 187-1 at 17-19 | D.  Plaintiffs Adequately Allege RICO Conspiracy Under § 1962(d). |
| D.E. 181 at 25-29; D.E. 190-1 at 4-8; D.E. 194 at 2-5, 10; D.E. 192-1[7] at 3-4; D.E. 191-1[8] at 2-3; D.E. 185-1 at 4-7, 9-14; D.E. 187-1 at 16-17; D.E. 202-1[9] at 4-5; D.E. 207-1 at 6-10, 16-17 | E.  Plaintiffs Have Adequately Pleaded That Their Injuries Were Proximately Caused By The Passive Data Pass Enterprise. |
| D.E. 189-1 at 23-25; D.E. 193-1[10] at 3-4 | II.   THE RICO CLAIMS ARE NOT TIME-BARRED |
| D.E. 189-1 at 27-30; D.E. 181 at 33; D.E. 193-1 at 4-5; D.E. 207-1 at 21-23 | III.  PLAINTIFFS HAVE PLED A VIABLE ECPA CLAIM |
| D.E. 189-1 at 30-36; D.E. 187-1 at 19-20; D.E. 181 at 34-38; D.E. 193-1 at 5; D.E. 207-1 at 23-24 | IV.  PLAINTIFFS' CUTPA COUNTS ALLEGE CLAIMS UPON WHICH RELIEF MAY BE GRANTED |

**Exhibit 1 – Chart of Arguments Made By Defendants and Responded to By Plaintiffs**

| Defendant(s)' Memorandum of Law in Support[1] | Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions to Dismiss |
|---|---|
| D.E. 189-1 at 36-37; D.E. 187-1 at 20-21; D.E. 193-1 at 5; D.E. 207-1 at 24 | V. PLAINTIFFS HAVE PROPERLY PLED A CLAIM FOR VIOLATION OF SECTION 17602 OF THE CALIFORNIA BUSINESS PROFESSIONS CODE |
| D.E. 189-1 at 37-38; D.E. 181 at 38-39; D.E. 187-1 at 21-22; D.E. 193-1 at 5-6; D.E. 207-1 at 24 | VI. PLAINTIFFS HAVE STATED A CLAIM FOR UNJUST ENRICHMENT |
| D.E. 189-1 at 38-42 | VII. PLAINTIFFS' CLAIMS ARE NOT BARRED BY THE *PEDERSON* SETTLEMENT |
| D.E. 189-1 at 42-44 | VIII. DEFENDANTS' ATTEMPT TO STRIKE ALLEGATIONS OF PRIOR INVESTIGATIONS AND SETTLEMENTS IS IMPROPER AND SHOULD BE DENIED |
| D.E. 187-1 at 9-10; D.E. 190-1[11] at 4-8; D.E. 181 at 39 | IX. PLAINTIFFS HAVE PLAUSIBLY ALLEGED CLAIMS AGAINST DEFENDANTS AGM, IAC, AND CITIGROUP |
| D.E. 187-1 at 22-23 | XI. LEAVE TO REPLEAD SHOULD BE GRANTED IF NECESSARY |

---

[1]**D.E. 194, filed by United Online, Inc.; Memory Lane, Inc.; FTD Group, Inc.; and Classmates International, Inc. joins D.E. 185-1, D.E. 192-1, D.E. 189-1.  United Online, Inc. also joins D.E. 190-1.  D.E. 195 was filed by 1-800-Flowers.com, Inc. and joins both D.E. 189-1 D.E. 192-1.**

[2]**Trilegiant Corporation, Inc.; Affinion Group, LLC; Apollo Global Management, LLC; 1-800 Flowers.com, Inc.; Beckett Media, LLC; Buy.com, Inc.; Classmates International, Inc.;  Days Inn Worldwide, Inc.; FTD Group, Inc.; Hotwire, Inc.; IAC/InterActiveCorp; Memory Lane, Inc.;  PeopleFindersPro, Inc.; priceline.com, Incorporated; Shoebuy.com, Inc.; United Online, Inc.; and Wyndham Worldwide Corporation join in full.  Bank of America, N.A.; Capital One Financial Corporation; Chase Bank USA, N.A.; Chase Paymentech Solutions, LLC; Citibank, N.A.; Citigroup, Inc.; and Wells Fargo Bank, N.A., join to the extent there are claims against them.**

2

**Exhibit 1 – Chart of Arguments Made By Defendants and Responded to By Plaintiffs**

---

[3]Bank of America, N.A.; Capital One Financial Corporation; Chase Bank USA, N.A.; Chase Paymentech Solutions, LLC; Citibank, N.A.; Citigroup, Inc.; and Wells Fargo Bank, N.A. joins Trilegiant Defendants' MTD FRCP 12(b)(6) (DE 181, p. 1).

[4]1-800-Flowers.com, Inc. filed on January 16, 2013.

[5]Apollo Global Management, LLC.  Joins D.E. 189-1.

[6]Bank of America, N.A. and Capital One Financial Corp.  Joins D.E. 181.

[7]PeopleFindersPro, Inc.; Days Inns Worldwide, Inc. and Wyndham Worldwide Corporation.  Joins D.E. 189-1.  Wyndham argues Rule 12(b)(1) lack of standing.

[8]Hotwire, Inc.  Joins D.E. 189-1

[9]Orbitz Worldwide, LLC filed on December 21, 2012.  Joins, in part, D.E. 189-1 II A, II B 1 a; II B 2, II C, III - VIII.

[10]Priceline.com, Incorporated.  Joins D.E. 189-1

[11]IAC/InterActiveCorp.  Joins D.E. 189-1