IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re Trilegiant Corporation, Inc. | ) | Case No. 3:12-cv-00396-VLB |
| | ) | |
| | ) | February 13, 2013 |

### RESPONSE OF DEFENDANTS TRILEGIANT CORPORATION, AFFINION GROUP, LLC, AND 1-800-FLOWERS.COM, INC. TO PLAINTIFFS' MOTION TO TRANSFER AND CONSOLIDATE

Defendants Trilegiant Corporation, Affinion Group, LLC, and 1-800-Flowers.com, Inc. submit this response to Plaintiffs' Motion to Transfer and Consolidate (the "Motion").

1.  On January 23, 2013, Plaintiffs filed the Motion. (Dckt. 208). The Motion requests that *Frank v. Trilegiant Corp, Inc.*, Case No. 12-cv-1721 (SRU) be transferred to this Court and consolidated with this case, *In re Trilegiant Corp., Inc.*

2.  The undersigned Defendants do not oppose transfer and consolidation of the *Frank* case with this case. The undersigned Defendants, however, reserve all objections with regard to the propriety and effect of the filing or pendency of the *Frank* lawsuit, Plaintiff Frank's right to pursue the claims asserted in that lawsuit, his lack of standing in this case, and any other defense available to them, including, without limitation, the defenses they have heretofore asserted in this case, none of which is waived, withdrawn, mooted or otherwise compromised hereby.

1

Dated:  February 13, 2013

1-800-FLOWERS.COM, INC.

By:  /s/ Thomas J. Kavaler
    Thomas J. Kavaler (ct 20865)
    Karen L. Cavalier (phv 05336)
    CAHILL GORDON & REINDEL LLP
    Eighty Pine Street
    New York, NY 10005
    Telephone:  (212) 701-3406
    tkavaler@cahill.com
    kcavalier@cahill.com

    Margaret Sheahan (ct 05862)
    Robert Mitchell (ct 02662)
    MITCHELL & SHEAHAN, P.C.
    80 Ferry Boulevard, Suite 102
    Stratford, CT 06615
    Telephone:  (203) 873-0240

*Counsel for Defendant 1-800-Flowers.com, Inc.*

Respectfully submitted,

TRILEGIANT CORPORATION AND AFFINION GROUP, LLC

By:   /s/ Kenneth M. Kliebard
    Kenneth M. Kliebard (*pro hac vice*)
    Romeo S. Quinto, Jr. (*pro hac vice*)
    Gregory T. Fouts (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    77 West Wacker Drive, Suite 500
    Chicago, Illinois 60601-5094
    Telephone:  (312) 324-1000
    Facsimile:   (312) 324-1001

    James H. Bicks
    WIGGIN and DANA, LLP
    400 Atlantic Avenue
    Stamford, Connecticut 06911
    Telephone:  (203) 363-7610
    Facsimile:   (203) 363-7676

*Counsel for Defendants Trilegiant Corporation and Affinion Group, LLC*

## CERTIFICATE OF SERVICE

I, Kenneth M. Kliebard, an attorney, certify that I filed the foregoing document via the Court's ECF system, which will cause an electronic copy to be served by e-mail on all ECF-registered counsel of record, this 13th day of February 2013.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard