IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Trilegiant Corporation, Inc. ) | Case No. 3:12-cv-00396-VLB |
| ) | |
| _____ ) | September 20, 2013 |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, or, In the Alternative, to Strike Portions of the Complaint (Dkt. No. 189), Defendants respectfully submit the recent decision of the Southern District of New York in *City of New York v. Chavez*, No. 11 Civ. 2691 (KBF), -- F. Supp. 2d --, 2013 WL 1966049 (S.D.N.Y. May 13, 2013) (attached hereto as Ex. A).

In *City of New York*, the court granted summary judgment on a RICO conspiracy claim against an individual defendant after an extensive analysis of the RICO "enterprise" requirement where, as here, the enterprise is alleged to be a "hub-and-spokes" association-in-fact. *See id.* at *5–14. The court's thoughtful and detailed decision specifically discussed the vitality of hub-and-spokes enterprises following the Supreme Court's decision in *Boyle v. United States*, 556 U.S. 938 (2009), and noted that "judges in this District continue to find classic 'hub-and-spokes' structures insufficient for RICO enterprise purposes even in the wake of *Boyle*'s directive to interpret the requirement liberally and expansively." *City of New York*, 2013 WL 1966049, at *9. Furthermore, the court enunciated a simple test for determining if a hub-and-spokes association is sufficient for RICO enterprise liability: "[i]f each act of fraud is equally effective without the

-1-

perpetration of any other act of fraud—even if perhaps effective to a far lesser or different magnitude—then there is no RICO enterprise. If each act of fraud is not effective without the other acts of fraud, then a RICO enterprise exists." *Id.* at *11. Ultimately, the court found that the plaintiff's enterprise theory could only establish the existence of a hub-and-spokes association, which was "insufficient to make out a RICO violation as a matter of law." *Id.* at *14.

The *City of New York* decision undermines Plaintiffs' argument that the *Boyle* decision establishes a lower threshold for pleading an association-in-fact enterprise (s*ee* Dkt. 216 at 5-8) and further supports Defendants' argument that Plaintiffs have failed to allege a plausible association-in-fact enterprise (*see* Dkt. No. 189-1 at 12–17; Dkt. No. 250 at 2–8). Therefore, Defendants respectfully request that the Court consider this authority and dismiss the Plaintiffs' Consolidated Class Action Complaint.

Dated:  September 20, 2013               Respectfully submitted,

                                                TRILEGIANT CORPORATION AND
AFFINION GROUP, LLC

By:   /s/ Kenneth M. Kliebard
     Kenneth M. Kliebard (*pro hac vice*)
     Romeo S. Quinto, Jr. (*pro hac vice*)
     Gregory T. Fouts (*pro hac vice*)
     MORGAN, LEWIS & BOCKIUS LLP
     77 West Wacker Drive, Suite 500
     Chicago, Illinois 60601-5094
     Telephone:  (312) 324-1000
     Facsimile:  (312) 324-1001

James H. Bicks

-3-

        **WIGGIN and DANA, LLP**
        **400 Atlantic Avenue**
        **Stamford, Connecticut 06911**
        **Telephone:  (203) 363-7610**
        **Facsimile:   (203) 363-7676**

        *Counsel for Defendants Trilegiant*
        *Corporation and Affinion Group, LLC*

| | |
|---|---|
| **1-800-FLOWERS.COM, INC.**<br><br>By: /s/ Thomas J. Kavaler<br>   Thomas J. Kavaler (ct 20865)<br>   Karen L. Cavalier (phv 05336)<br>   CAHILL GORDON & REINDEL LLP<br>   Eighty Pine Street<br>   New York, NY 10005<br>   Telephone: (212) 701-3406<br>   tkavaler@cahill.com<br>   kcavalier@cahill.com<br><br>   Margaret Sheahan (ct 05862)<br>   Robert Mitchell (ct 02662)<br>   MITCHELL & SHEAHAN, P.C.<br>   80 Ferry Boulevard, Suite 102<br>   Stratford, CT 06615<br>   Telephone: (203) 873-0240<br><br>*Counsel for Defendant 1-800-Flowers.com, Inc.*<br><br>**APOLLO GLOBAL MANAGEMENT, LLC**<br><br>By: /s/ James K. Robertson, Jr.<br>   James K. Robertson, Jr.<br>   Sarah S. Healey<br>   CARMODY & TORRANCE LLP<br>   50 Leavenworth Street<br>   Waterbury, CT 06721<br>   Telephone: (203) 573-1200<br><br>   Jonathan Rosenberg<br>   Edward Moss<br>   O'MELVENY & MYERS LLP<br>   Seven Times Square<br>   New York, New York 10036<br>   Telephone: (212) 326-2000<br><br>*Counsel for Defendant Apollo Global Management, LLC* | **BANK OF AMERICA, N.A. AND CAPITAL ONE FINANCIAL CORP**<br><br>By: /s/ Mark P. Ladner<br>   Mark P. Ladner (*pro hac vice*)<br>   David J. Fioccola (*pro hac vice*)<br>   Jessica L. Kaufman (*pro hac vice*)<br>   MORRISON & FOERSTER LLP<br>   1290 Avenue of the Americas<br>   New York, NY 10104-0050<br>   Telephone: (212) 468-8000<br>   Facsimile: (212) 468-7900<br>   mladner@mofo.com<br>   dfioccola@mofo.com<br>   jkaufman@mofo.com<br><br>   Pierre-Yves Kolakowski (ct13318)<br>   ZEICHNER ELLMAN & KRAUSE LLP<br>   35 Mason Street<br>   Greenwich, CT 06830<br>   Telephone: (203) 622-0900<br>   Facsimile: (203) 862-9889<br>   pkolakowski@zeklaw.com<br><br>*Counsel for Defendants Bank of America, N.A. and Capital One Financial Corp* |

-5-

**BECKETT MEDIA, LLC**

By:   /s/ Kenneth M. Kliebard
   Kenneth M. Kliebard (*pro hac vice*)
   Romeo S. Quinto, Jr. (*pro hac vice*)
   Gregory T. Fouts (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
   77 West Wacker Drive, Suite 500
   Chicago, Illinois 60601-5094
   Telephone:  (312) 324-1000
   Facsimile:   (312) 324-1001
   kkliebard@morganlewis.com
   rquinto@morganlewis.com
   gfouts@morganlewis.com

*Counsel for Defendant Beckett Media, LLC*

**BUY.COM**

By:   /s/ Kenneth M. Kliebard
   Kenneth M. Kliebard (*pro hac vice*)
   Romeo S. Quinto, Jr. (*pro hac vice*)
   Gregory T. Fouts (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
   77 West Wacker Drive, Suite 500
   Chicago, Illinois 60601-5094
   Telephone:  (312) 324-1000
   Facsimile:   (312) 324-1001
   kkliebard@morganlewis.com
   rquinto@morganlewis.com
   gfouts@morganlewis.com

   Rowena A. Moffett
   BRENNER, SALTZMAN
      & WALLMAN LLP
   271 Whitney Ave.
   New Haven, Connecticut 06511
   Telephone: (203)772-2600
   Facsimile: (203)562-2098

*Counsel for Defendant Buy.com*

**CHASE BANK USA, N.A. AND CHASE PAYMENTECH SOLUTIONS, LLC**

By:  /s/   William J. Kelleher, III
    William J. Kelleher , III.
    ROBINSON & COLE LLP
    1055 Washington Blvd., 9th Floor
    Stamford, CT 06901-2249
    Telephone:  203-462-7514

    Robert D. Wick (*pro hac vice*)
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave., N.W.
    Washington, DC 20044-7566
    Telephone:  202-662-5487
    Facsimile:   202-778-5487

    Andrew A. Ruffino (*pro hac vice*)
    COVINGTON & BURLING LLP
    620 Eighth Avenue
    New York, NY 10018-1404
    Telephone:  212-841-1097
    Facsimile:   646-441-9097

*Counsel for Defendants Chase Bank USA, N.A. and Chase Paymentech Solutions, LLC*

**CITIGROUP INC. AND CITIBANK, N.A.**

By:   /s/ Robert D. Helfand
    Robert D. Helfand (ct28925)
    John W. Herrington (ct28926)
    JORDEN BURT LLP
    175 Powder Forest Drive
    Suite 301
    Simsbury, Connecticut 06089
    Telephone:  (860) 392-5000
    Facsimile:   (860) 392-5058

*Counsel for Defendants Citigroup Inc. and Citibank, N.A.*

**HOTWIRE, INC.**

By: /s/ Michael T. McCormack
   Michael T. McCormack (ct13799)
   HINCKLEY, ALLEN & SNYDER, LLP
   20 Church Street, 18th Floor
   Hartford, CT 06103
   Telephone: 860-725-6200
   Facsimile:  860-278-3802
   Email:  mtmccormack@haslaw.com

By: /s/  Bradley S. Keller
   Bradley S. Keller (phv05725)
   Joshua B. Selig (phv05724)
   BYRNES KELLER CROMWELL, LLP
   1000 2nd Avenue, 38th Floor
   Seattle, WA 98104
   Telephone: 206-622-2000
  Facsimile:   206-622-2522
   Email:  bkeller@byrneskeller.com
         jselig@byrneskeller.com

*Counsel for Defendant Hotwire, Inc.*

**IAC/INTERACTIVECORP**

By:    /s/ Kenneth M. Kliebard
   Kenneth M. Kliebard (*pro hac vice*)
   Romeo S. Quinto, Jr. (*pro hac vice*)
   Gregory T. Fouts (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
   77 West Wacker Drive, Suite 500
   Chicago, Illinois 60601-5094
   Telephone:  (312) 324-1000
   Facsimile:   (312) 324-1001
   kkliebard@morganlewis.com
   rquinto@morganlewis.com
   gfouts@morganlewis.com

   James H. Bicks
   WIGGIN and DANA, LLP
   400 Atlantic Avenue
   Stamford, Connecticut 06911
   Telephone:  (203) 363-7610
   Facsimile:   (203) 363-7676

*Counsel for Defendant IAC/InterActiveCorp*

**PEOPLEFINDERSPRO, INC., DAYS INNS WORLDWIDE, INC., AND WYNDHAM WORLDWIDE CORP.**

By: /s/ Bryan J. Orticelli
   Bryan J. Orticelli (ct 28643)
   DAY PITNEY LLP
   242 Trumbull Street
   Hartford, CT 06103
   Telephone:  (860) 275 0100
   Facsimile:   (860) 275-0343
   borticelli@daypitney.com

*Counsel for Defendants PeopleFindersPro, Inc., Days Inns Worldwide, Inc., and Wyndham Worldwide Corp.*

**PRICELINE.COM, INCORPORATED**

By: /s/ Thomas D. Goldberg
   Thomas D. Goldberg
   DAY PITNEY LLP
   One Canterbury Green
   Stamford, CT 06901
   Telephone:  (203) 977-7300
   Facsimile:   (203) 977-7301
   tgoldberg@daypitney.com

*Counsel for Defendant priceline.com, Incorporated*

SHOEBUY.COM

By: /s/ Kenneth M. Kliebard
    Kenneth M. Kliebard (*pro hac vice*)
    Romeo S. Quinto, Jr. (*pro hac vice*)
    Gregory T. Fouts (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    77 West Wacker Drive, Suite 500
    Chicago, Illinois 60601-5094
    Telephone: (312) 324-1000
    Facsimile: (312) 324-1001
    kkliebard@morganlewis.com
    rquinto@morganlewis.com
    gfouts@morganlewis.com

    James H. Bicks
    WIGGIN and DANA, LLP
    400 Atlantic Avenue
    Stamford, Connecticut 06911
    Telephone: (203) 363-7610
    Facsimile: (203) 363-7676

*Counsel for Defendant Shoebuy.com*

WELLS FARGO BANK, N.A.
By: /s/ Stewart I. Edelstein
    Stewart I. Edelstein, Esq.
    Federal Bar No. ct06021
    Philip C. Pires, Esq.
    Federal Bar No. ct28138
    COHEN & WOLF, PC
    1115 Broad Street
    Bridgeport, CT 06604
    Telephone: (203) 368-0211
    Facsimile: (203) 394-9901
    sedelstein@cohenandwolf.com
    ppires@cohenandwolf.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

UNITED ONLINE, INC, MEMORY LANE, INC., FTD GROUP, INC., CLASSMATES INTERNATIONAL, INC.

By: /s/ Eric S. Waxman
    Eric S. Waxman (*pro hac vice*)
    Lance A. Etcheverry (*pro hac vice*)
    Carl Alan Roth (*pro hac vice*)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    300 S. Grand Ave., Ste. 3400
    Los Angeles, CA 90071
    Telephone: (213) 687-5000
    Facsimile: (213) 621-5000
    eric.waxman@skadden.com
    lance.etcheverry@skadden.com
    carl.roth@skadden.com

    James T. Shearin – ct 01326
    PULLMAN & COMLEY, LLC
    850 Main Street
    Bridgeport, CT 06604
    Telephone: 203-330-2240
    Facsimile: 203-576-8888
    E-mail: jtshearin@pullcom.com

*Counsel for Defendants United Online, Inc., Memory Lane, Inc., FTD Group, Inc., Classmates International, Inc.*

## CERTIFICATE OF SERVICE

I, Kenneth M. Kliebard, an attorney, certify that I filed the foregoing document via the Court's ECF system, which will cause an electronic copy to be served by e-mail on all ECF-registered counsel of record, this 20th day of September 2013.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard