UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBBIE WILLIAMS, LUCY SCHNABEL, DAVID FRANK, HOPE KELM, JENNIE H. PHAM, BRITTANY DICAROLIS, BARBARA TIMMCKE, and ANNETTE SUMLIN,<br><br>　　Plaintiffs,<br><br>v.<br><br><br>TRILEGIANT CORPORATION, INC.; AFFINION GROUP, LLC.; 1-800-FLOWERS.COM, INC.; BECKETT MEDIA LLC.; BUY.COM, INC.; DAYS INNS WORLDWIDE, INC.; PEOPLEFINDERSPRO, INC.; PRICELINE.COM, INC.; and SHOEBUY.COM, INC.,<br><br>　　Defendants. | CIVIL CASE NO. 3:12-cv-396-VLB |

## **JUDGMENT**

　　This action having come before the Court in defendants amended complaint filed on May 29, 2015 before the Honorable Vanessa L. Bryant, United States District Judge; and defendant Buy.com having been incorrectly included in the amended complaint as the claims against them were dismissed per Court order on March 28, 2014 according to the plaintiff's joint status report filed on January 9, 2017, and defendants 1-800-Flowers.com, Inc., Priceline.com, Inc., Days Inns Worldwide, Inc., and PeopleFinders.com having been dismissed by

Stipulations filed on September 15, 2015 and November 24, 2015 respectively; and remaining defendants Affinion Group, LLC, Becket Media LLC, Shoebuy.com, Inc., and Trilegiant Corporation, Inc. (collectively "Trilegiant Defendants") having filed a motion for summary judgment on February 29, 2016; and

The Court having considered the full record of the case including applicable principles of law, and having issued an Order and Memorandum granting the Trilegiant Defendants' motion on August 23, 2016; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Trilegiant Defendants on all remaining claims, and this case be dismissed.

Dated at Hartford, Connecticut, this 17th day of January, 2017.

ROBIN D. TABORA, Clerk

By __/s/CEF_____
Chester E. Fernández,
Deputy Clerk

EOD: 01/17/17