UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand and seventeen.

_____

Debbie Williams, Regina Warfel, individually and on behalf of all others similarly situated, Brett Reilly, individually and on behalf of all others similarly situated, Juan M. Restrepo, individually and on behalf of all others similarly situated, Jennie H. Pham, individually and on behalf of all others similarly situated, Lucy Schnabel, Brian Schnabel, individually and on behalf of all others similarly situated,

**ORDER**

Docket No. 16-3292

    Plaintiffs - Appellants,

v.

Affinion Group, LLC, Apollo Global Management, LLC, Beckett Media LLC, Buy.com, Inc., Classmates International, Inc., FTD Group, Inc., IAC/InterActiveCorp, Memory Lane, Inc., PeopleFindersPro, Inc., Shoebuy.com, Inc., Trilegiant Corporation, United Online, Inc., Wyndham Worldwide Corp.,

    Defendants – Appellees.
_____

Appellants move for voluntary dismissal of their claims on appeal, solely as to Appellees United Online, Inc., Classmates International, Inc., FTD Group, Inc., and Memory Lane, Inc., with the parties to bear their own costs and fees.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal shall proceed with respect to the remaining appellees.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



CERTIFIED COPY ISSUED ON  02/24/2017