

**MANDATE**

### UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and eighteen.

Before:        Dennis Jacobs,
                Gerard E. Lynch,
                    _Circuit Judges,_
                Paul A. Crotty,
                    _District Judge._*

_____

| | |
|---|---|
| Debbie Williams, Regina Warfel, individually and on behalf of all others similarly situated, Brett Reilly, individually and on behalf of all others similarly situated, Juan M. Restrepo, individually and on behalf of all others similarly situated, Jennie H. Pham, individually and on behalf of all others similarly situated, Lucy Schnabel, Brian Schnabel, individually and on behalf of all others similarly situated, | **JUDGMENT** Docket No. 16-3292 |

              Plaintiffs - Appellants,

Debra Miller, individually and on behalf of all others similarly situated, William Thompson, individually and on behalf of all others similarly situated, Brittany DiCarolis, Annette Sumlin, Hope Kelm, individually and on behalf of all others similarly situated, Barbara Timmcke, individually and on behalf of all others similarly situated, Edward Schnabel, individually and on behalf of all others similarly situated, David Frankel, individually and on behalf of all others similarly situated,

              Plaintiffs,

v.

Affinion Group, LLC, Apollo Global Management, LLC, Beckett Media LLC, Buy.com, Inc., IAC/InterActiveCorp, PeopleFindersPro, Inc., Shoebuy.com, Inc., Trilegiant Corporation, Wyndham Worldwide Corp.,

              Defendants - Appellees,

1-800-Flowers.com, Inc., Adaptive Marketing, LLC,
Days Inns Worldwide, Inc., Rakuten USA, Inc., Vertrue
Inc., Webloyalty.com, Inc., Orbitz Worldwide, LLC,
Priceline.com, Inc., TigerDirect, Inc., Bank of America
N.A., Wells Fargo Bank, N.A., Citigroup Inc., Capital
One Financial Corporation, Chase Bank USA, N.A.,
Citibank, N.A., Hotwire, Inc., Chase Paymentech
Solutions, LLC, United Online, Inc., Classmates
International, Inc., FTD Group, Inc.,  Memory Lane,
Inc.

       Defendants.

_____

       The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs. Upon consideration thereof,

       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

       For the Court:
       Catherine O'Hagan Wolfe,
       Clerk of Court

_____

\* Judge Paul A. Crotty, of the United States District Court for the Southern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit